# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 5, 2015

## NO. 03-14-00291-CV

**Michael Glenn Mott, Appellant**

**v.**

**Willie Edward Kellar a/k/a W. E. Kellar; Joseph G. Tuck, Individually; and
Tuck & Kizer, PLLC, a Professional Limited Liability Company, Appellees**

## APPEAL FROM 423RD DISTRICT COURT OF BASTROP COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the summary judgment signed by the trial court on April 10, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's summary judgment and remands the case to the trial court for further proceedings consistent with this Court's opinion. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.